**RADIO CORPORATION OF AMERICA et al. v. J. H. BUNNELL & CO., Inc., et al. (two cases).**

(Circuit Court of Appeals, Second Circuit. February 18, 1924.)

Nos. 249, 250.

Appeals from the District Court of the United States for the Southern District of New York.

Separate suits by the Radio Corporation of America and others against J. H. Bunnell & Co., Inc., A. H. Grebe & Co., Inc., and the American Telephone & Telegraph Company. From an order dismissing counterclaims, defendants other than the Telephone Company appeal. Appeals dismissed.

Pennie, Davis, Marvin & Edmonds, of New York City (W. H. Davis and W. H. Taylor, Jr., both of New York City, of counsel), for appellants.

Sheffield & Betts, of New York City (James R. Sheffield and Gilman D. Blake, both of New York City, of counsel), for appellees.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Appeals dismissed in open court.